RECEIVED
IN LAKE CHARLES, LA

SEP 16 2014

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN ZENO, | * | CIVIL ACTION NO. 2:12-cv-02224 |
| Plaintiff, | * | |
| v. | * | JUDGE PATRICIA MINALDI |
| U.S. COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | * | |
| | * | MAGISTRATE JUDGE KAY |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM RULING

Before the court is the Report and Recommendation [Doc. 13] of the Magistrate Judge, to which the plaintiff has filed Objections to Report and Recommendation [Doc. 14], defendant has filed Response to Objections [Doc. 15], and plaintiff has filed Reply to Defendant's Response to Plaintiff's Objections [Doc. 16].

In plaintiff's Objections to Report and Recommendation [Doc. 14], he raised the issue for the first time of whether the Appeals Council failed to consider evidence of a subsequent favorable ruling. This issue is not properly before the court and therefore cannot be considered because the plaintiff raised this issue for the first time in his objection. "Issues raised for the first time in objections to the magistrate's report are not properly before the district court and therefore are not cognizable on appeal." *Valliar v. Chater*, 105 F.3d 654, at *2 (5th Cir. 1996). Plaintiff did not raise the issue of the failure to consider the subsequent award of benefits until making objections to the Magistrate Judge's Report and Recommendation and also neglected to explain his failure to brief this issue, so this objection cannot be considered.

1

For the reasons stated in the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein, after an independent review of the record, a de novo determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Administrative Law Judge's decision be and hereby is **AFFIRMED**, and this matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this ___ day of _____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE