RECEIVED
IN LAKE CHARLES, LA.

SEP 16 2014

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN ZENO, | * | CIVIL ACTION NO. 2:12-cv-02224 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | JUDGE PATRICIA MINALDI |
| | * | |
| U.S. COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | * * | |
| | * | MAGISTRATE JUDGE KAY |
| Defendants. | * | |
| | * | |

*************************************************************************

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling as well as the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Administrative Law Judge's decision be and hereby is **AFFIRMED**, and this matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this __14__ day of ____Sept_____, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE